CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 31 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| QUENTIN MCLEAN, ) | |
|     Plaintiff, ) | Civil Action No. 7:07cv00276 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TRACY S. RAY, et al., ) | By: Samuel G. Wilson |
|     Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); his motion for preliminary injunction [Docket#4] is hereby **DENIED**; his motion to proceed in forma pauperis is hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 31st day of May, 2007.

_____
United States District Judge